UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHY STUART,

          Plaintiff,

-against-

CHASE BANK USA, N.A.,

          Defendant.

**COMPLAINT**

Case No. 1:18-cv-6279

---

NOW COMES Plaintiff, Richy Stuart ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendant, Chase Bank USA, N.A. ("Defendant"), alleges as follows:

### Nature of the Action

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### Parties

2. Plaintiff is a natural person residing in New York, New York.

3. Defendant is a business entity with a business office located in Wilmington, Delaware.

4. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

### Jurisdiction and Venue

5. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

Factual Allegations

7. Defendant places telephone calls to telephone number (646) 345-87XX.

8. Telephone number (646) 345-87XX is assigned to Plaintiff's cellular telephone.

9. These telephone calls are not for emergency purposes.

10. These telephone calls are related to a financial account.

11. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant used an automatic telephone dialing system to call Plaintiff's cellular telephone.

12. On May 31, 2017, Plaintiff instructed Defendant to stop calling his cell phone.

13. Defendant continued to call Plaintiff's cell phone after May 31, 2017.

14. Since May 31, 2017, Defendant called Plaintiff's cell phone at least seventy-nine (79) times.

15. Plaintiff felt annoyed and harassed by Defendant's calls.

16. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to call Plaintiff's cell phone.

17. Defendant knew that it did not have Plaintiff's express consent to use an automatic telephone dialing system to call Plaintiff's cell phone.

18. Defendant voluntarily used an automatic telephone dialing system to call Plaintiff's cell phone.

19.   Defendant knowingly used an automatic telephone dialing system to call Plaintiff's cell phone.

20.   Defendant willfully used an automatic telephone dialing system to call Plaintiff's cell phone.

## CLAIM FOR RELIEF
### Telephone Consumer Protection Act

21.   Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

22.   Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1)  Statutory damages of $500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

(2)  Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

(3)  All court costs, witness fees and other fees incurred; and

(4)  Awarding such other and further relief as may be just, proper and equitable.

Respectfully submitted,

Dated:  July 11, 2018                    /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-861-1390
ahill@consumerlawcenter.com

Attorneys for Plaintiff