UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHY STUART,<br><br>    Plaintiff,<br><br>- against -<br><br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No.  1:18-cv-06279-VEC<br><br><br>**NOTICE OF SETTLEMENT** |

  Defendant Chase Bank USA, N.A. ("Chase"), by and through its attorneys, The Law Office of Christopher B. Turcotte, P.C., hereby notifies this Court that Chase and plaintiff Richy Stuart have reached a settlement in principal of all claims between them in this Action. The parties are in the process of completing the final settlement documents and filing the dismissal. Chase anticipates that a stipulation of dismissal, with prejudice, will be filed within 30 days. Accordingly, Chase requests that the parties be excused from any upcoming filing and appearance requirements.

Dated:  New York, New York
   September 4, 2018

              THE LAW OFFICE OF
              CHRISTOPHER B. TURCOTTE, P.C.

      By:   /s/Christopher B. Turcotte
              Christopher B. Turcotte
              575 Madison Avenue, Suite 1006
              New York, NY 10022
              (212) 937-8499
              *Attorneys for Defendant Chase Bank USA, N.A.*