UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RICHY STUART,

                 Plaintiff,

     -against-

CHASE BANK USA, N.A.,

               Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2018

18-CV-6279 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 4, 2018 (Dkt. 15), the parties notified the Court that they reached a settlement in principle; and

    WHEREAS an initial pretrial conference is scheduled for September 7, 2018;

    IT IS HEREBY ORDERED THAT the September 7, 2018 conference is CANCELLED. All other deadlines and previously scheduled conferences are also cancelled.

    IT IS FURTHER ORDERED THAT this action will be dismissed without costs (including attorneys' fees) to either party on **October 8, 2018,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before October 8, 2018**; any request filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **October 1, 2018**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement.

*See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  September 5, 2018
       New York, New York

**VALERIE CAPRONI**
**United States District Judge**