UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHY STUART,<br><br>               Plaintiff,<br><br>- against -<br><br>CHASE BANK USA, N.A.,<br><br>               Defendant. | Case No. 1:18-cv-06279-VEC<br><br>**STIPULATION OF DISMISSAL** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Richy Stuart ("Stuart") and defendant Chase Bank USA, N.A. ("Chase") that, pursuant to FRCP 41(a)(1)(A)(ii), the claims by Stuart against Chase in the captioned matter having been settled, all causes of action brought by Stuart against Chase in this proceeding are hereby discontinued in their entirety, with prejudice, and without costs to either party.

Dated: September 28, 2018

| | |
|---|---|
| KROHN & MOSS, LTD.<br>*Attorneys for Plaintiff Richy Stuart*<br><br>By: _____<br>       Adam T. Hill<br>10 N. Dearborn Street, 3rd Floor<br>Chicago, Illinois 60602<br>(312) 578-9428 | THE LAW OFFICE OF<br>CHRISTOPHER B. TURCOTTE, P.C.<br>*Attorneys for Defendant Chase Bank USA, N.A.*<br><br>By: _____<br>       Christopher B. Turcotte<br>575 Madison Avenue, Suite 1006<br>New York, New York 10022<br>(212) 937-8499 |